# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                        Criminal Action No. 1:20MJ20

RETA MAYS,

    Defendant.

**FILED**
FEB 0 6 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## ORDER APPOINTING CJA PANEL ATTORNEY AS LEARNED COUNSEL

Upon receipt of written confirmation from an Assistant United States Attorney for the Northern District of West Virginia, that Reta Mays is a potential target for prosecution of an offense that may involve exposure to the death penalty; that Reta Mays qualifies for appointment of counsel; and, after consultation with the Federal Defender for this District, counsel, David P. Hoose, of 100 Main Street, Northampton, Massachusetts, Telephone (413) 586-4800, is hereby APPOINTED and QUALIFIED to represent the defendant for this action as lead counsel learned in the law applicable to capital cases pursuant to 18 U.S.C. § 3005.

The Clerk is directed to forward copies of this Order to the Defendant, the Federal Defender Office, and the United States Attorney's Office.

DATED: 2/6/2020

                                    THOMAS S. KLEEH
                                    UNITED STATES DISTRICT COURT JUDGE