IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.

RETA MAYS,

        Defendant.

Case No. 1:20-cr-27

## ORDER TO SEAL

On this day, came the United States of America and William J. Powell, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas, Assistant United States Attorney for said District, and moved the Court to seal the case until further Order of the Court to allow sufficient opportunity for the United States to make appropriate notification to the families of the victims of the offenses without delaying the commencement of this criminal action. It appearing that the interests of justice will be served, it is accordingly

**ORDERED** that the Clerk of Court shall hereby **SEAL** the case **until further Order of the Court.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order, the Motion to Seal, the Information, the Indictment Waiver, the Notice of Appearance, and the Motion for Detention to Assistant U.S. Attorney Jarod J. Douglas via e-mail to Jarod.J.Douglas@usdoj.gov.

**DATE:** July 13, 2020

*Tom S Kleeh*
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE