AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 1:20-cr-27 |
| | ) | | |
| Reta Mays | ) | | |
| *Defendant* | ) | | |

**FILED**

JUL 1 4 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/14/20

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JAY T. McCAMIC, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

THOMAS KLEEH
*Judge's printed name and title*