# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

**UNITED STATES OF AMERICA,**

v.                                                  **Criminal Action No. 1:20-CR-27**
                                                                        **(KLEEH)**

**RETA MAYS,**

        Defendant.

## SCHEDULING ORDER REGARDING SENTENCING

On this day, the above-styled criminal action came before this Court for consideration of the United States' Unopposed Motion for Scheduling Order regarding Sentencing. In the motion, the government requests that the Court impose a schedule for opening expert reports, for responsive expert reports, and for sentencing memoranda. The government identified dates to which defense counsel have agreed. Accordingly, for good cause shown, the Court hereby **GRANTS** the government's motion and **ORDERS** the parties to disclose any opening expert reports on or before **April 15, 2021**, to disclose any responsive expert reports on or before **April 29, 2021**, and to file any sentencing memoranda on or before **May 4, 2021**.

        It is so **ORDERED**.

        The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED:** March 16, 2021

                                                            THOMAS S. KLEEH
                                                            UNITED STATES DISTRICT JUDGE