# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| Cheryl Dean Riley | OFFICE OF THE CLERK OF COURT | Michelle Widmer-Eby |
|---|---|---|
| Clerk of Court | POST OFFICE BOX 471 | Chief Deputy Clerk |
| | WHEELING, WEST VIRGINIA 26003 | |
| | (304) 232-0011 | |
| | Facsimile (304) 233-2185 | |

November 1, 2021

Warden, FCI Aliceville
FEDERAL CORRECTIONAL
INSTITUTION
P.O. BOX 445
ALICEVILLE, AL  35442

      Re:    USA v. Reta Mays
             Criminal Action No. 1:20cr27

Dear Warden:

    Please be advised that Reta Mays, inmate number 03105-509 who is incarcerated in your facility:

[ ]   has requested a copy of a docket sheet from our Court regarding the above entitled matter.

[✓]   has requested a copy/copies of the Receipt of payment toward restitution (DE 103) from our Court filed in the above entitled criminal matter.

    Rather than provide this/these document(s) directly to him/her, we hereby enclose the same and leave it to your discretion as to whether it/they will be provided to the inmate directly or reviewed with him/her within any constraints set by your office.

    If you have any questions, please do not hesitate to contact us.

                                **Cheryl Dean Riley, Clerk of Court**

                          **BY**: W. Riffle
                               Deputy Clerk

Enclosure
cc:  Reta Mays

| P.O. Box 2857 | P.O. Box 1518 | 217 W. King Street |
|---|---|---|
| Clarksburg, WV 26302 | Elkins, WV 26241 | Martinsburg, WV 25401 |
| (304) 622-8513 | (304) 636-1445 | (304) 267-8225 |