**Recipient Information**

**To:  The Honorable Thomas S. Kleeh**
**Fax #: 13046234551**

**Sender Information**

**From: Noam Ben Yakir**
**Email address: noam.benyakir@aenetworks.com (from 71.125.40.121)**
**Phone #: 9145823842**
**Sent on: Thursday, April 7 2022 at 11:24 AM EDT**

**fax ZERO.com**
*send a fax for free*

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #30917156. We will add your fax number to the block list.